

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel **COLORADO CARRILLO**
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

## O R D E R

On September 29, 2022, the State filed a "Motion to Strike Appellant's Reply Brief, or Permit Additional Briefing after Submission in Ex Parte Ortiz." We GRANT the State's motion as to its request to file additional post-submission briefing. We ORDER that the State may file a sur-reply brief on or before October 19, 2022. We take under advisement the State's motion as to its request to strike Appellant's reply brief. We ORDER that Appellant may file a response as to the State's request to strike Appellant's reply brief on or before October 10, 2022.

Entered this 6th day of October, 2022.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
Clerk of Court